**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM TO DIANE WILFONG | Civil Action No. 1:15-mc-00017-JCC-IDD |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance in the above-captioned matter as counsel of record for Diane Wilfong.

Dated:  August 10, 2015

Respectfully submitted,

By: _____/s/_____
Adam B. Schwartz (Va. Bar No. 75396)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington DC 20006-1047
Tel:  (202) 223-7300
Fax:  (202) 223-7420
aschwartz@paulweiss.com

*Attorneys for Diane Wilfong*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of August 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Mark H.M. Sosnowksy
      Drinker Biddle & Reach LLP
      1500 K St., N.W., Suite 1100
      Washington, D.C. 20005
      mark.sosnowsky@dbr.com

      _/s/_____
      Adam B. Schwartz (Va. Bar No. 75396)
      Paul, Weiss, Rifkind, Wharton & Garrison LLP
      2001 K Street, NW
      Washington DC 20006-1047
      Tel:  (202) 223-7300
      Fax:  (202) 223-7420
      aschwartz@paulweiss.com